The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN HIRSI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation, HERTZ TRANSPORTING, INC, a Delaware corporation, FIREFLY RENT A CAR LLC, a Delaware company and DTG OPERATIONS, INC., an Oklahoma corporation,<br><br>Defendants. | Case No. 2:16-cv-00333 RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 45 DAYS |

Having reviewed the Parties' Stipulated Motion To Extend Temporary Stay For 45 Days requesting the temporary stay be extended to allow the Parties to continue to participate in settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 45 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 45 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR 45
DAYS - 1
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1  are hereby vacated.

2  IT IS SO ORDERED

3  DATED THIS __27ᵗ__ day of __June__, 2017.

   _/s/ MES Lasnik_
   Hon. Robert S. Lasnik

6  PRESENTED BY:

7  BADGLEY MULLINS TURNER PLLC

8  _s/Duncan C. Turner_
9  Duncan Turner, WSBA #20597
   19929 Ballinger Way NE, Suite 200
10 Seattle, WA 98155
   Email: duncanturner@badgleymullins.com
11 **Attorneys for Plaintiff**

12 LAW OFFICE OF DANIEL R. WHITMORE
13
   _s/Daniel R. Whitmor_
14 Daniel R. Whitmore, WSBA No. 24012
   2626 15th Avenue West, Suite 200
15 Seattle, WA 98119
16 Telephone: (206) 329-8400
   Facsimile: (206) 329-84001
17 Email: dan@whitmorelawfirm.com
   **Attorneys for Plaintiff**
18
   K&L GATES
19

20
   _s/ Daniel P. Hurley_
21 _s/ Mark S. Filipini_
   _s/ Patrick M. Madden_
22 Daniel P. Hurley, WSBA #32842
   Mark S. Filipini, WSBA #32501
23 Patrick M. Madden, WSBA #21356
   K&L Gates LLP
24 925 4th Ave., Suite 2900
25 Seattle, WA 98101
   Tel: (206) 623-7580
26

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR 45
DAYS - 2
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Fax: (206) 623-7022
E-mail: daniel.hurley@klgates.com
E-mail: patrick.madden@klgates.com
E-mail: mark.filipini@klgates.com
Attorneys for Defendants,
The Hertz Corporation, Hertz Transporting, Inc., Firefly Rent A Car LLC and DTG Operations, Inc.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR 45
DAYS - 3
2:16-cv-00333 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686