UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN HIRSI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE HERTZ CORPORATION, et al.,<br><br>　　　　　Defendants. | NO. C16-333RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On June 23, 2017, this Court granted the parties Stipulated Motion to Extend Temporary Stay for 45 days. The parties were ordered to file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter within 45 days of entry of the order. To date, the Court has not received a status report.

The parties are hereby ORDERED to file a joint status report and show cause no later than December 7, 2017, why the case should not be dismissed for their failure to comply with the Order of June 27, 2017.

The Clerk of Court shall note this Show Cause on the Court's calendar for December 8, 2017.

ORDER TO SHOW CAUSE

DATED this 21st day of November, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE