The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HIRSI, an individual,

Plaintiff,

v.

THE HERTZ CORPORATION, a Delaware corporation, HERTZ TRANSPORTING, INC, a Delaware corporation, FIREFLY RENT A CAR LLC, a Delaware company and DTG OPERATIONS, INC., an Oklahoma corporation,

Defendants.

Case No. 2:16-cv-00333 RSL

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 30 DAYS

Having reviewed the Parties' Stipulated Motion to Extend Temporary Stay For 30 Days requesting the temporary stay be extended to allow the Parties to continue settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 30 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 30 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter remain vacated.

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
30 DAYS - 1
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1  IT IS SO ORDERED

2  DATED THIS __1st__ day of __Feb.__, 2018.

3
                                                  /s/ Robert S. Lasnik

4                                           Hon. Robert S. Lasnik

5  PRESENTED BY:

6  BADGLEY MULLINS TURNER PLLC

7  s/Duncan C. Turner
   Duncan Turner, WSBA #20597

8  19929 Ballinger Way NE, Suite 200
   Seattle, WA 98155

9  Email: duncanturner@badgleymullins.com
   **Attorneys for Plaintiff**

10

11  LAW OFFICE OF DANIEL R. WHITMORE

12  s/Daniel R. Whitmor
   Daniel R. Whitmore, WSBA #24012

13  2626 15th Avenue West, Suite 200
   Seattle, WA 98119

14  Email: dan@whitmorelawfirm.com
   **Attorneys for Plaintiff**

15

16  K&L GATES

17  s/ Daniel P. Hurley
   s/ Mark S. Filipini
   s/ Patrick M. Madden

18  Daniel P. Hurley, WSBA #32842
   Mark S. Filipini, WSBA #32501

19  Patrick M. Madden, WSBA #21356

20  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104

21  Email: mark.filipini@klgates.com
   Email: Patrick.madden@klgates.com

22  Email: Daniel.hurley@klgates.com
   **Attorneys for Defendant, The Hertz Corporation,**

23  **and for Hertz Transporting, Inc., Firefly Rent A**

24  **Car LLC and DTG Operations, Inc.**

25

26

---

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
30 DAYS - 2
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686