The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HIRSI, an individual,

    Plaintiff,

v.

THE HERTZ CORPORATION, a Delaware corporation, HERTZ TRANSPORTING, INC, a Delaware corporation, FIREFLY RENT A CAR LLC, a Delaware company and DTG OPERATIONS, INC., an Oklahoma corporation,

    Defendants.

Case No. 2:16-cv-00333 RSL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 15 DAYS

Having reviewed the Parties' Stipulated Motion to Extend Temporary Stay For 15 Days requesting the temporary stay be extended to allow the Parties to continue settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 15 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 15 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter remain vacated.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
15 DAYS - 1
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

IT IS SO ORDERED

DATED THIS __6<sup>t</sup>__ day of __March__, 2018.

_____
Hon. Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

s/Duncan C. Turner
Duncan Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Email: dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

K&L GATES

s/ Daniel P. Hurley
s/ Mark S. Filipini
s/ Patrick M. Madden
Daniel P. Hurley, WSBA #32842
Mark S. Filipini, WSBA #32501
Patrick M. Madden, WSBA #21356
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Email: mark.filipini@klgates.com
Email: Patrick.madden@klgates.com
Email: Daniel.hurley@klgates.com
**Attorneys for Defendant, The Hertz Corporation, and for Hertz Transporting, Inc., Firefly Rent A Car LLC and DTG Operations, Inc.**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
15 DAYS - 2
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686