The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN HIRSI, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation, HERTZ TRANSPORTING, INC, a Delaware corporation, FIREFLY RENT A CAR LLC, a Delaware company and DTG OPERATIONS, INC., an Oklahoma corporation,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-00333 RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 30 DAYS |

Having reviewed the Parties' Stipulated Motion to Extend Temporary Stay For 30 Days requesting the temporary stay be extended to allow the Parties the opportunity to create, negotiate, and potentially execute a settlement agreement, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 30 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 30 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 30 DAYS - 1
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter remain vacated.

IT IS SO ORDERED

DATED THIS 21st day of March, 2018.

_____
Hon. Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

s/Duncan C. Turner
Duncan Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Email: dturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

K&L GATES

s/ Daniel P. Hurley
s/ Mark S. Filipini
s/ Patrick M. Madden
Daniel P. Hurley, WSBA #32842
Mark S. Filipini, WSBA #32501
Patrick M. Madden, WSBA #21356
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Email: mark.filipini@klgates.com
Email: Patrick.madden@klgates.com
Email: Daniel.hurley@klgates.com
**Attorneys for Defendant, The Hertz Corporation, and for Hertz Transporting, Inc., Firefly Rent A Car LLC and DTG Operations, Inc.**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
30 DAYS - 2
2:16-cv-00333 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686