The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HIRSI, an individual, )
) Case No. 2:16-cv-00333 RSL
                Plaintiff, )
) [PROPOSED] ORDER GRANTING
v. ) STIPULATED MOTION TO
) EXTEND TEMPORARY STAY FOR
THE HERTZ CORPORATION, a Delaware ) 30 DAYS
corporation, HERTZ TRANSPORTING, INC, a )
Delaware corporation, FIREFLY RENT A CAR )
LLC, a Delaware company and DTG )
OPERATIONS, INC., an Oklahoma corporation, )
)
                Defendants. )
)

Having reviewed the Parties' Joint Status Report and Stipulated Motion to Extend Temporary Stay For 30 Days requesting the temporary stay be extended to allow the Parties the opportunity to negotiate, and potentially execute a settlement agreement, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 30 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 30 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
30 DAYS - 1
2:16-cv-00333 RSL

1  Parties' efforts to resolve this matter.  The trial date and all other deadlines in this matter remain

2  vacated.

3  IT IS SO ORDERED

4  DATED THIS __2nd__ day of __May__, 2018.

5

6                                              _s/ Robert S. Lasnik_
                                              Hon. Robert S. Lasnik

7  PRESENTED BY:

8  BADGLEY MULLINS TURNER PLLC

9  s/Duncan C. Turner
   Duncan Turner, WSBA #20597

10 19929 Ballinger Way NE, Suite 200
   Seattle, WA 98155

11 Email: dturner@badgleymullins.com

12 **Attorneys for Plaintiff**

13 LAW OFFICE OF DANIEL R. WHITMORE

14 s/Daniel R. Whitmore
   Daniel R. Whitmore, WSBA #24012

15 2626 15th Avenue West, Suite 200
   Seattle, WA 98119

16 Email: dan@whitmorelawfirm.com
   **Attorneys for Plaintiff**

17

18 K&L GATES

19 s/ Daniel P. Hurley
   s/ Mark S. Filipini

20 s/ Patrick M. Madden
   Daniel P. Hurley, WSBA #32842

21 Mark S. Filipini, WSBA #32501
   Patrick M. Madden, WSBA #21356

22 925 Fourth Avenue, Suite 2900
   Seattle, WA 98104

23 Email: mark.filipini@klgates.com

24 Email: Patrick.madden@klgates.com
   Email: Daniel.hurley@klgates.com

25 **Attorneys for Defendant, The Hertz Corporation,**
   **and for Hertz Transporting, Inc., Firefly Rent A**

26 **Car LLC and DTG Operations, Inc.**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR
30 DAYS - 2
2:16-cv-00333 RSL