UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HIRSI,

    Plaintiff,

v.

THE HERTZ CORPORATION, *et al.*,

    Defendants.

Case No. C16-0333RSL

ORDER TO SHOW CAUSE

    The parties in the above-captioned matter have, for the third time, failed to comply with the Court's order to submit a joint status report. This case has been pending since March 2016 and has been stayed for a year and a half while the parties explore the possibility of settlement.

    The parties are hereby ORDERED TO SHOW CAUSE, on or before June 15, 2018, why the Court should not *sua sponte* issue a case management schedule with a December 2018 trial date and/or impose monetary sanctions against both parties for their repeated failures to comply with the Court's orders.

    Dated this 6th day of June, 2018.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1