UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN HIRSI,

    Plaintiff,

v.

THE HERTZ CORPORATION, *et al.*,

    Defendants.

Case No. C16-0333RSL

ORDER

The Order to Show Cause entered on June 6, 2018, is hereby VACATED. The parties shall, pursuant to their representation (Dkt. # 45 at 2), move on a stipulated basis for preliminary approval of their settlement, certification of the settlement class, and appointment of class representative and class counsel on or before July 11, 2018.

Dated this 19th day of June, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER- 1