UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN HIRSI,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION,<br><br>    Defendant. | Case No. 2:16-cv-0333-RSL<br><br>ORDER |

The United States Courthouse will be closed on Wednesday, December 5, 2018, in observance of the National Day of Mourning. The Final Hearing is hereby rescheduled to December 4, 2018, at 10:45 am.

DATED this 3rd day of December, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
U.S. District Court Judge

ORDER - 1